**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: E.G., AN INCAPACITATED
PERSON

PETITION OF: I.G.

: No. 654 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.